No. 99-20598
-1-

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20598
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SOYLA LONGORIA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-389-1
- - - - - - - - - -
April 12, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Soyla Longoria appeals the district court's refusal to award her a three-level reduction in her guideline offense level pursuant to § 2L1.1(b)(1) of the guidelines. She argues that she did not commit the offense for profit, and is therefore entitled to the reduction. The district court found her claim of a nonprofit motive not to be credible, and Longoria has not shown clear error in that finding. See United States v. Causey, 185 F.3d 407, 420 (5th Cir. 1999); United States v. Cuellar-Flores, 891 F.2d 92, 93 (5th Cir. 1989).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Longoria's conviction and sentence are therefore AFFIRMED.